[No. 872-3.   Division Three.   April 23, 1974.]

THE STATE OF WASHINGTON, Respondent, v. JERRY LEE KIDD, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 17385, Walter A. Stauffacher, J., entered May 1, 1973. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 809-3.   Division Three.   April 25, 1974.]

BLAINE M. TAYLOR et al., *Respondents,* v. HARRY J. POE et al., *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 54504, Walter A. Stauffacher, J., entered January 12, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.